UNITED STATES DISTRICT COURT
for the

District of South Carolina

Michael Addison
*Plaintiff*

v.                                                    Civil Action No.     5:18-cv-03158-JMC

Amica Mutual Insurance Company
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiff shall take nothing of the Defendant and this case is dismissed without prejudice pursuant to
Federal Rule of Civil Procedure 4(m).

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having adopted the
Report and Recommendation of Magistrate Judge Paige J. Gossett granting defendant's motion to dismiss.

*CLERK OF COURT*

Date: August 29, 2019

s/Angie Snipes
_____
*Signature of Clerk or Deputy Clerk*